**No. 60973.**—Independent Fur Brokers, Inc., and Dumont Shipping Co., Inc., et al. *v.* United States, protests 11443–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra*, the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra*.

**No. 60974.**—Alfin Trading Corp. and W. J. Byrnes & Co. of New York, Inc., et al. *v.* United States, protests 204163–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra*, the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra*.

**No. 60975.**—C. A. Andres & Co. *v.* United States, protest 295832–K (New Yo rk)

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise is properly dutiable under paragraph 1530 (b) (7), as modified, *supra*, the claim of the plaintiff was sustained.

**No. 60976.**—Air Clearance Assn., Inc. *v.* United States, protest 276312–K (New York).